**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10067-STA-12 |
| JENNIFER HOLLEY-MELTON, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on April 16, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Jennifer Holley-Melton, appearing in person, and with counsel, Josh Morrow.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 13, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is to remain released on present bond.

**ENTERED** this the 16th day of April, 2018.

                                                      s/ S. Thomas Anderson
                                                 CHIEF JUDGE, U. S. DISTRICT COURT