# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSE
# JACKSON DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

VS.                                               CR. NO. 1:17-10067-STA

**JENNIFER MELTON,**

Defendant.

___

### ORDER GRANTING MOTION TO CONTINUE AND NOTICE OF RESETTING
___

This cause came upon the Motion of defense counsel, Robert L. Parris, to strike the Defendant's Sentencing Hearing date of Tuesday, July 16th, 2019 at 1:30 P.M. For good cause shown, the Court hereby grants the Defendant's Motion. Defendant's case is hereby reset to **Friday, September 6, 2019 at 10:00 o'clock, a.m.**

**IT IS SO ORDERED** this 15th day of July, 2019.

s/S. Thomas Anderson
**CHIEF JUDGE S. THOMAS ANDERSON**
**UNITED STATES CHIEF DISTRICT JUDGE**